

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

PATRICIA ANN JOHNSON, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
KELLY BLACK AND ON BEHALF OF
SURVIVORS PATRICIA ANN JOHNSON
AND GROVER BOSTICK, INDIVIDUALLY,

CASE NO: 3:16-CV-1249-J-34PDB

        Plaintiff,

v.

EZX, LLC., A FOREIGN LIMITED LIABILITY
COMPANY and MATTHEW M. RAU, AN
INDIVIDUAL,

        Defendants.

_____ /

## NOTICE OF REMOVAL

To:    Judges of the United States District Court
       of the Middle District of Florida
       Jacksonville Division

       The Defendants, EZX, LLC., a Foreign Limited Liability Company ("EZX"), and

Matthew M. Rau, an individual ("RAU")(collectively hereafter referred to as "Defendants"), by

and through undersigned counsel and pursuant to 28 USC § 1441 and § 1446 hereby file

Defendants' Notice of Removal of an action styled: *Patricia Ann Johnson, as Personal*

*Representative of the Estate of Kelly Black on behalf of Survivors Patricia Ann Johnson and*

*Grover Bostick, individually v. EZX, LLC., a Foreign Limited Liability Company, and Matthew*

*M. Rau, an individual*, Case No.: 2016-CA-004991, presently pending in the Circuit Court of the

Fourth Judicial Circuit in and for Duval County, Florida, to be removed to the United States District Court for the Middle District of Florida, Jacksonville Division, and represent as follows:

1.      On or about July 28, 2016, Plaintiff filed an action in the Fourth Judicial Circuit Court, Duval County, Florida, captioned *Patricia Ann Johnson, as Personal Representative of the Estate of Kelly Black and on behalf of Survivors Patricia Ann Johnson and Grover Bostick, individually v. EZX, LLC., a Foreign Limited Liability Company, and Matthew M. Rau, an individual,* Case No.: 2016-CA-004991. Plaintiff did not serve the Defendants process or the initial complaint. Rather, on or about August 15, 2016, Plaintiff filed an Amended Complaint.

2.      The Summons and Amended Complaint were served on EZX on September 9, 2016, and served on RAU on September 16, 2016. Pursuant to 28 USC §1466(a) and Local Rule 4.02, a copy of the civil cover sheet, clerk of court docket sheet, all process, pleadings, and other papers relating to the Plaintiff's action filed in the State Court are attached hereto as Exhibit "A".

3.      This action is properly removable pursuant to 28 USC § 1441 and this Notice of Removal is filed within the thirty (30) day statutory period for removal under 28 USC § 1446(b).

4.      There is complete diversity of citizenship between the parties to this cause. Based on the allegations of the Amended Complaint and a copy of the Duval County Probate Court Letters of Administration attached to it as an exhibit, and Defendants are informed and believe that, decedent Kelly Black, an adult, was a citizen of the State of Florida. 28 USCS § 1332(c)(2) states that Plaintiff as legal representative party of the estate of decedent shall be deemed to be a citizen only of the same State as the decedent in this action. Accordingly, Defendants are informed and believe that the Plaintiff was at the time of filing this action and currently still is a citizen of the State of Florida.

5.      EZX is a foreign corporation licensed and incorporated under the laws of State of

Wisconsin. EZX operates its business and has its principal place of business in the State of Wisconsin. 28 USCS § 1332(c)(1) provides in part that a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business. Likewise, Plaintiff alleges that EZX is a foreign limited liability company licensed under the laws of State of Wisconsin (Amended Complaint, paragraph 6). EZX was at the time of filing this action and currently is a citizen of the State of Wisconsin.

6.     RAU was at the time of filing this action and currently is a citizen and resident of the State of Wisconsin. Likewise, Plaintiff alleges that RAU is subject to Florida courts jurisdiction under the Florida Long Arm Statute confirming that RAU is not a citizen of the State of Florida (Amended Complaint, paragraph 9).

7.     Based on the allegations of the Amended Complaint Plaintiff seeks damages and the amount in controversy exceeds $75,000.00 (Amended Complaint, paragraph 1).

8.     Removal of this action is proper pursuant to 28 USC § 1446(b) and this court has jurisdiction as evidenced by the Plaintiff's allegations, the amount in controversy, and complete diversity of citizenship between the parties.

9.     This is a Wrongful Death action brought by Plaintiff, Patricia Ann Johnson ("Johnson"), as personal representative of the Estate of Kelly Black ("Black") and on behalf of survivors, Johnson, Black's mother; and Grover Bostick, Black's father.

10.     In the Amended Complaint Plaintiff alleges that on October 23, 2015, Black was a pedestrian involved in a motor vehicle accident with a truck being driven by RAU that resulted in Black's death on that date (Amended Complaint, paragraphs 2, 18, 20, 21 & 22).

11.     Plaintiff alleges that at all relevant times EZX employed or contracted RAU, RAU

was operating the truck in the course and scope of his employment or agency with EZX; so EZX should be considered RAU's actual and statutory employer (Amended Complaint, paragraphs 17 & 18).

12.     The Amended Complaint contains four counts titled as follows: Count I – Negligence against RAU; Count II – Active Negligence of EZX; Count III – Passive Negligence against EZX; and Count IV – Strict Vicarious Liability against EZX.

13.     Concurrently with the filing of this Notice of Removal Defendants are filing their Notice of Filing this Notice of Removal with the Circuit Court for the Fourth Judicial Circuit of Duval County, Florida where this case was originally filed and serving it upon Plaintiff.

14.     Defendants consent to the removal of this action.

15.     Venue is proper in the Jacksonville Division of the Middle District of Florida as this is the District that embraces and includes the county where the State court action was filed and pending.

16.     Accompanying this Notice is a Civil Cover Sheet and the required filing fee.

        WHEREFORE, Defendants, EZX, LLC., a Foreign Limited Liability Company, and Matthew M. Rau, an individual, respectfully request that this Court accept jurisdiction of this removed matter based upon the aforesaid grounds.

COLE, SCOTT & KISSANE, P.A.
COLE, SCOTT & KISSANE BUILDING - 4686 SUNBEAM ROAD - JACKSONVILLE, FLORIDA 32257 - (904) 672-4000 (904) 672-4050 FAX

**COLE, SCOTT & KISSANE, P.A.**
Counsel for Defendants, EZX, LLC., and Matthew
M. Rau


*/s/ Chris Ambrosio*
Joseph Kissane – FB #512966
Chris Ambrosio - FB #11024
Cole, Scott & Kissane Building
4686 Sunbeam Road
Jacksonville, FL 32257
(904) 672-4094 (telephone)
(904) 672-4050 (facsimile)
Joseph.Kissane@csklegal.com
Chris.Ambrosio@csklegal.com
Kim.Morris@csklegal.com
Gina.Andree@csklegal.com

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 4686 SUNBEAM ROAD - JACKSONVILLE, FLORIDA 32257 - (904) 672-4000 (904) 672-4050 FAX

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of September, 2016, I mailed the foregoing to the Clerk of the Court which will file it and send notice and copy of same to the following attorneys: Howard Coleman Coker, Esq., Coker, Schickel, Sorenson, Posgay, Camerlengo & Iracki P.A., hcc@cokerlaw.com, 136 E Bay St, Jacksonville, FL 32202, Attorney for Plaintiffs, Kelly Black and Grover Bostick, N Joel Harris, Esq, Coker, Schickel, Sorenson, Posgay, Camerelengo & Iracki, P.A, P. O. Box 1860, 136 East Bay Street, Jacksonville, FL 32201, Attorney for Plaintiffs, Grover Bostick and Kelly Black and Daniel Iracki, Esq., Coker, Schickel, Sorenson, Posgay, Camerelengo & Iracki, P.A, Dai@cokerlaw.com; Ajh@cokerlaw.com; Lam@cokerlaw.com, 136 East Bay Street, P. O. Bpox 1860, Jacksonville, FL 32202, Attorney for Plaintiffs, Grover Bostick and Kelly Black.

By: *s/ Chris Ambrosio*
CHRIS AMBROSIO
Florida Bar No.: 11024

0539.0010-00/3902874