UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:16-cv-01249-J-PDB

PATRICIA ANN JOHNSON, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
KELLY BLACK AND ON BEHALF OF
SURVIVORS PATRICIA ANN
JOHNSON AND GROVER BOSTICK,
INDIVIDUALLY,

    Plaintiffs,

v.

EZX, LLC, A FOREIGN LIMITED LIABILITY
COMPANY AND MATTHEW M. RAU, AN
INDIVIDUAL,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF SETTLEMENT

The Plaintiffs, **PATRICIA ANN JOHNSON, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KELLY BLACK AND ON BEHALF OF SURVIVORS PATRICIA ANN JOHNSON AND GROVER BOSTICK, INDIVIDUALLY,** by and through his undersigned attorneys, file their Notice of Settlement, and state:

1.     This matter was resolved between the parties at mediation on September 18, 2017.

2.     Accordingly, the Plaintiffs will file their Notice of Voluntary Dismissal with Prejudice.

**Dated this 7th day of November, 2017.**

**COKER, SCHICKEL, SORENSON,
POSGAY & IRACKI, P.A.**

*/s/ Daniel A. Iracki*

---

**DANIEL A. IRACKI, ESQUIRE**
Florida Bar No.: 0041212
**HOWARD C. COKER, ESQUIRE**
Florida Bar No.: 141540
P.O. Box 1860 / 136 East Bay Street
Jacksonville, FL  32201-1860 / 32202
DAI@cokerlaw.com (Primary)
AJH@cokerlaw.com (Secondary)
LAM@cokerlaw.com (Secondary)
(904) 356-6071
(904) 353-2425 - facsimile
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail to Joseph T. Kissane, Esq. (Joe.kissane@csklegal.com) and Daniel Duello, Esq. (Daniel.duello@csklegal.com) this 7th day of November, 2017.

  */s/ Daniel A. Iracki, Esq.*
**Attorney**

2